AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8 United States Code section 1326 - illegal re-entry

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 Years Prison
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

[FILED stamp: 07 OCT 18 PM 4:14 RICHARD W. WIEKING U.S. DISTRICT COURT N. DISTRICT CALIFORNIA]

**DEFENDANT - U.S.**

▶ ISMAEL MARTINEZ-HERNANDEZ

**DISTRICT COURT NUMBER**

CR 07 0663 PJH

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
U.S. Immigration & Customs Enforcement

☑ person is awaiting trial in another Federal or State Court, give name of court
  Marin County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Owen P. Martikan

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of Institution
Marin County Jail

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed  3/26/2007

**DATE OF ARREST** ▶ 3/25/2007  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: Defendant is in state custody awaiting trial.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

FILED
07 OCT 18 PM 4: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

ISMAEL MARTINEZ HERNANDEZ,

CR 07 0663 PJH

DEFENDANT.

---

## INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

A true bill.

_Indict_
Foreman

Filed in open court this 18th day of Oct 2007

BETTY FONG
Clerk

Bail, $ No bail warrant

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
07 OCT 18 PM 4: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 07 0663 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation |
| | ) | |
| ISMAEL MARTINEZ-HERNANDEZ, | ) | SAN FRANCISCO VENUE |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about March 25, 2007, in the Northern District of California, the defendant,

ISMAEL MARTINEZ-HERNANDEZ,

an alien, after having been removed, excluded, and deported from the United States, was thereafter found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into

INDICTMENT

1 | the United States, in violation of Title 8, United States Code, Section 1326.

3 | DATED:                                      A TRUE BILL.

/s/ *[signature]*
FOREPERSON

7 | SCOTT N. SCHOOLS
United States Attorney

/s/ *[signature]*
GREGG LOWDER
Chief, Major Crimes Section

(Approved as to form: /s/ *[signature]* )
AUSA MARTIKAN

INDICTMENT                                      2